UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

THE UNITED STATES OF AMERICA, THE STATE OF
CALIFORNIA, THE STATE OF COLORADO, THE
STATE OF CONNECTICUT, THE STATE OF
DELAWARE, THE STATE OF FLORIDA, THE STATE
OF GEORGIA, THE STATE OF HAWAII, THE STATE
OF ILLINOIS, THE STATE OF INDIANA, THE STATE
OF IOWA, THE STATE OF LOUISIANA, THE STATE
OF MARYLAND, THE COMMONWEALTH OF
MASSACHUSETTS, THE STATE OF MICHIGAN,
THE STATE OF MINNESOTA, THE STATE OF
MONTANA, THE STATE OF NEVADA, THE STATE OF
NEW JERSEY, THE STATE OF NEW MEXICO, THE
STATE OF NEW YORK, THE STATE OF NORTH
CAROLINA, THE STATE OF OKLAHOMA, THE STATE
OF RHODE ISLAND, THE STATE OF TENNESSEE,
THE STATE OF TEXAS, THE STATE OF VERMONT,
THE COMMONWEALTH OF VIRGINIA, THE STATE
OF WASHINGTON, THE STATE OF WISCONSIN, AND
THE DISTRICT OF COLUMBIA, *ex rel.* URI BASSAN,

          Plaintiffs,

   v.

OMNICARE, INC.,

          Defendant.

15 Civ. 4179 (CM)

~~UNDER SEAL~~

## ORDER

WHEREAS, the United States of America (the "Government") has intervened in this action pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(2) and (4):

IT IS HEREBY ORDERED that:

1.    The seal shall be lifted as to this Order and any matter occurring in this action on or subsequent to the date of this Order.

2.  All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except as provided for in Paragraph 3 below.

3.  The seal shall be lifted as to the Relator's Complaint and the United States' Notice of Election to Intervene, dated October 11, 2019.

Dated:  December 12, 2019
        New York, New York

SO ORDERED:

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE