## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF IOWA, THE STATE OF LOUISIANNA, THE STATE OF MARYLAND, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MICHIGAN, THE STATE OF MINNESOTA, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW HAMPSHIRE, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF NORTH CAROLINA, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF VERMONT, THE COMMONWEALTH OF VIRGINIA, THE STATE OF WASHINGTON, THE STATE OF WISCONSIN, AND THE DISTRICT OF COLUMBIA<br><br>*Plaintiffs,*<br><br>v.<br><br>OMNICARE, INC.<br><br>*Defendant.* | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/5/2020<br><br>Case No.: 15 cv 4179 (CM)<br><br>(~~UNDER SEAL~~)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Catherine A. Jackson, for admission Pro Hac Vice in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the bar of the District of Columbia; and that her contact information is as follows:

Catherine A. Jackson
Chief, Public Integrity Section
Office of the Attorney General for the District of Columbia
441 4th Street, N.W., Suite 630-S
Washington, DC 20001
Tel: (202) 442-9864
Fax: (202) 741-0655
catherine.jackson@dc.gov

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for the District of Columbia in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States Courts for the Southern District of New York. All attorneys appearing before this Court are subject to the local rules of this Court, including the rules governing discipline of attorneys.

Dated: ~~February 6, 2020~~
3/5/2020

_____
United States District/ ~~Magistrate Judge~~