UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF COLORADO, THE STATE OF CONNECTICUT, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF IOWA, THE STATE OF LOUISIANNA, THE STATE OF MARYLAND, THE COMMONWEALTH OF MASSACHUSETTS, THE STATE OF MICHIGAN, THE STATE OF MINNESOTA, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW HAMPSHIRE, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF NORTH CAROLINA, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF VERMONT, THE COMMONWEALTH OF VIRGINIA, THE STATE OF WASHINGTON, THE STATE OF WISCONSIN, AND THE DISTRICT OF COLUMBIA, *ex rel.* URI BASSAN,<br><br>      Plaintiffs,<br>v.<br><br>OMNICARE, INC.<br><br>      Defendant. | 15 Civ. 4179 (CM)  |

## ORDER

Upon consideration of the District of Columbia's ("District") Notice of Election to Decline Intervention, and record herein;

It is hereby this 25 day of March 2020,

ORDERED that, if any party proposes that this action be dismissed, the District shall have an opportunity to be heard; and in this action it is further

4

ORDERED that all pleadings filed be served on the Office of the Attorney General for the District of Columbia ("Office of the Attorney General"), and all orders issued by the Court be sent to the Office of the Attorney General; and it is further

ORDERED that the District may order any deposition transcripts; and it is further

ORDERED that the District has the right to intervene at a later date upon a showing of good cause.

3/25/20

_____
United States District Judge