UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, VIRGINIA, WASHINGTON, WISCONSIN, and the DISTRICT OF COLUMBIA *ex rel.* URI BASSAN,<br><br>Plaintiffs,<br><br>v.<br><br>OMNICARE, INC.,<br><br>Defendant.<br><br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMNICARE, INC. and CVS HEALTH CORP.,<br><br>Defendants. | Case No. 15-CV-4179 (CM) |

## MOTION TO DISMISS BY OMNICARE, INC.

Omnicare, Inc. ("Omnicare") respectfully moves the Court under Federal Rule of Civil Procedure 12(b)(6) to dismiss with prejudice the Relator's Complaint. The grounds for Omnicare's motion are set forth in the accompanying memorandum of law.

1

Dated: May 4, 2020						Respectfully submitted,

							WILLIAMS & CONNOLLY LLP


							/s/ Enu Mainigi
							Enu Mainigi (*pro hac vice*)
							Holly Conley (*pro hac vice*)
							Benjamin Hazelwood (Bar No. 5001508)
							725 Twelfth Street N.W.
							Washington, DC 20005
							(202) 434-5000

							For Matters in New York:

							WILLIAMS & CONNOLLY LLP
							650 Fifth Avenue
							Suite 1500
							New York, NY 10019

							*Attorneys for Defendant Omnicare, Inc.*