# Exhibit 1

## STATUTORY/REGULATORY PROVISIONS IN SAMPLE STATES
## PERMITTING MEDICATION ORDERS WITHOUT A DEFINED QUANTITY OR NUMBER OF REFILLS
## OUTSIDE OF SKILLED NURSING FACILITIES

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| Colorado | Chart order is "an order for inpatient drugs or medications that are to be dispensed by a pharmacist, or by a pharmacy intern under the direct supervision of a pharmacist, and administered by an authorized person only during the patient's stay in a hospital, medical clinic operated by a hospital, ambulatory surgical center, hospice, or long-term care facility. The chart order shall contain the name of the patient and the medicine ordered and such directions as the practitioner may prescribe concerning strength, dosage, frequency, and route of administration." Colo. Rev. Stat. § 12-42.5-102(24)(b). | "'Long-term care facility' or 'facility' means: (a) A nursing care facility as defined in section 25.5-4-103(14), C.R.S.; (b) An assisted living residence as defined in section 25-27-102(1.3), C.R.S.; (c) Any swing bed in an extended care facility; and (d) A mental health facility participating in the pilot program established pursuant to section 25-3-123." Colo. Rev. Stat. § 26-11.5-103. |
| Connecticut | Medication orders in chronic and convalescent nursing homes and rest homes with nursing supervision "shall be explicit as to drug, dose, route, frequency, and if P.R.N., reason for use. . . . Medications not specifically limited as to time or number of doses shall be stopped in accordance with the following time frame: [provisions for controlled substances and other specific drug types]. Orders for all other drugs shall remain in effect until the time of the next scheduled visit of the physician." Conn. Agencies Regs. § 19-13-D8v(b)(5). | "Rest home with nursing supervision - an institution having facilities and all necessary personnel to provide, in addition to personal care required in a home for the aged, nursing supervision under medical director twenty-four hours per day." Conn. Agencies Regs. § 19-13-D1(b)(3). |
| Delaware | "Prescription information (drug order) shall include, but not be limited to: . . . [6] Name, strength, dosage form and quantity, (or Stop Date), and route of administration if other than oral form of drug prescribed. [7] Renewals authorized." Code Del. Regs. 24 2500-5.1.12.2.<br><br>"'Stop Date' means a date established by an appropriate authority which indicates when medication will no longer be administered or dispensed in the absence | Facilities where stop dates may be used is not defined.<br><br>In general, "A health care facility/program means any organization, other than a nursing home or hospital, which is licensed or certified by the State to provide a physical environment for patients in which health care services are a component. These facilities/programs include, but are not limited to: 12.1.1 Assisted Living Facilities (16 DE Admin. Code 3225) 12.1.2 Group Homes (AIDS) |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | of a specific time period directed by the prescriber." Code Del. Regs. 24 2500-1.1. | 12.1.3 Group Homes (Mental Health) 12.1.4 Neighborhood Homes (DD) 12.1.5 Rest Residential 12.1.6 Intensive Behavioral Support and Educational Residence 12.1.7 Clinics 12.1.8 Residential Child Care Facilities and Day Treatment Programs 12.1.9 End Stage Renal Disease Treatment Centers" Code Del. Regs. 24 2500-12.1. |
| Idaho | "'Institutional drug order' means a prescription drug order issued in the unique form and manner permitted for a patient or resident of an institutional facility or as permitted for other purposes as defined in rule." Idaho Code Ann. § 54-1705(11). "An institutional drug order may exempt the patient's address, the dosage form, quantity, prescriber's address, and prescriber's DEA number." Idaho Admin. Code r. 27.01.01.401. | An institutional facility is "a facility for which its primary purpose is to provide a physical environment for patients to obtain health care services and in which patients spend a majority of their time, as may be further defined by board rule." Idaho Code Ann. § 54-1705(12). |
| Illinois | Inpatient drug orders do not require quantity and are permitted for residents of a "facility licensed under the Nursing Home Care Act, the ID/DD Community Care Act, the MC/DD Act, the Specialized Mental Health Rehabilitation Act of 2013, the Hospital Licensing Act, or the University of Illinois Hospital Act, or a facility which is operated by the Department of Human Services (as successor to the Department of Mental Health and Developmental Disabilities) or the Department of Corrections." 225 Ill. Comp. Stat. Ann. 85/3. | Facilities "licensed under the Nursing Home Care Act, the ID/DD Community Care Act, the MC/DD Act, the Specialized Mental Health Rehabilitation Act of 2013, the Hospital Licensing Act, or the University of Illinois Hospital Act, or a facility which is operated by the Department of Human Services (as successor to the Department of Mental Health and Developmental Disabilities) or the Department of Corrections." 225 Ill. Comp. Stat. Ann. 85/3. |
| Indiana | "Drug order" means a written order in a hospital or other health care institution for an ultimate user for any drug or device, issued and signed by a practitioner" that contains "the name and strength or size of the drug or device; unless specified by individual institution policy or guideline, the amount to be dispensed either in quantity or days. . . ." | "Health care institution" is not defined. "Health facility" is a facility licensed under IC 16-28. *See* Ind. Code § 25-26-16.5-1. These include "residential care facilities" and "comprehensive health care facilities." *See* 410 Ind. Admin. Code 16.2-5-1. |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | Ind. Code § 25-26-13-2. | |
| Iowa | "Medication order" requirements: "New orders transmitted to the pharmacy for drugs for residents of the facility shall, at a minimum, contain resident name, drug name and strength, directions for use, date of order, and name of prescriber." Iowa Admin. Code r. 657-23.9(155A).<br><br>Chapter 23 pertains to "Long-term care pharmacy practice." | "Long-term care facility" or "facility" means:<br>"1. A facility licensed by the Iowa department of inspections and appeals under Iowa Code chapter 135C or Iowa Code chapter 135H;<br>2. A hospital-based long-term care unit certified under 42 CFR, Part 483, Subpart B;<br>3. An inpatient hospice certified under 42 CFR, Part 418;<br>4. A group living facility wherein health care related services are provided by the facility; or<br>5. A health care facility registered with the board under Iowa Code chapter 124."<br>Iowa Admin. Code r. 657-23.1. |
| Kansas | The term "medication order" means an order by a prescriber for a registered patient of a Kansas licensed medical care facility.<br>Kan. Stat. Ann. § 65-1626; Kan. Admin. Regs. § 68-5-1.<br>The elements of a medication order are not defined. | "'Medical care facility' means the same as defined in K.S.A. 65-425, and amendments thereto, except that the term also includes facilities licensed under the provisions of K.S.A. 2019 Supp. 39-2001 et seq., and amendments thereto, except community mental health centers and facilities for people with intellectual disability."<br>Kan. Stat. Ann. § 65-1626.<br><br>Kan. Stat. Ann. § 39-2001 applies to "residential care facilities, residential and day support facilities, private and public psychiatric hospitals, psychiatric residential treatment facilities, community mental health centers, crisis intervention centers and providers of other disability services licensed by the secretary for aging and disability services."<br><br>"'Residential care facility' means any place or facility, or a contiguous portion of a place or facility, providing services for two or more individuals not related within the third degree of relationship to the administrator, provider or owner by blood or marriage and who, by choice or due to functional impairments, may need personal care and supervised nursing care to compensate for activities of daily living limitations, and which place or facility includes individual living units and provides or coordinates |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | | personal care or supervised nursing care available on a 24-hour, seven-days-a-week basis for the support of an individual's independence, including crisis residential care facilities." Kan. Stat. Ann. § 39-2002. |
| Louisiana | A chart order "is a lawful order entered on the electronic or paper chart or medical record of an inpatient or resident of an institutional facility by a practitioner or his licensed healthcare designee for a drug or device and shall be considered a prescription drug order." A chart order is not required to contain quantity. La. Stat. Ann. § 37:1164. | "'Institutional facility' means any organization whose primary purpose is to provide a physical environment for a patient to obtain health care services, including but not limited to a: (a) Hospital pharmacy. (b) Convalescent home. (c) Nursing home. (d) Extended care facility. (e) Mental health facility. (f) Rehabilitation center. (g) Psychiatric center. (h) Developmental disability center. (i) Drug abuse treatment center. (j) Family planning clinic. (k) Penal institution. (l) Hospice. (m) Public health facility. (n) Athletic facility." La. Stat. Ann. § 37:1164. |
| Maryland | "'Chart order' means a lawful order entered on the chart or a medical record of a resident of an assisted living program or group home by an authorized prescriber or the authorized prescribers designated agent for a drug or device." Md. Code Regs. 10.34.36.02.<br><br>A chart order shall be considered a prescription drug order provided that the prescription drug order contains . . . "(c) The name, strength, and dosage form of the drug prescribed; . . ." Md. Code Regs. 10.34.36.09. Chart orders do not require quantity. | "'Assisted living program' means a residential or facility-based program that provides housing and supportive services, supervision, personalized assistance, health-related services, or a combination of these services 24 hours a day, 7 days a week, to meet the needs of individuals who are unable to perform, or who need assistance in performing, the activities of daily living or instrumental activities of daily living, in a way that promotes optimum dignity and independence for the individuals." Md. Code Regs. 10.34.36.09; Md. Code Ann., Health–Gen. § 19-1801. |
| Massachusetts | A "medication order" is a written order for a medication entered on a patient's medical record maintained at a hospital, other health facility, or ambulatory health care setting and is dispensed for immediate administration to the ultimate user by an individual authorized by | "Health facility" is: "(1) A hospital, hospital pharmacy, long-term care facility, or clinic, or infirmary maintained in a town, convalescent home, nursing home or charitable home for the aged, licensed or maintained by the Department; |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | M.G.L. c. 94C to administer such medication.<br>105 Mass. Code Regs. 700.001. | (2) A public medical institution as defined in M.G.L. c. 118E, § 8; or<br>(3) Any institution licensed or maintained by the Department of Mental Health;<br>(4) Any hospital, long-term care facility or clinic maintained by the Commonwealth; or<br>(5) Any ambulance service licensed by the Department to provide Advanced Life Support services."<br><br>"'Long-term Care Facility' means any institution whether conducted for charity or profit, that is advertised, announced or maintained for the express or implied purpose of providing three or more individuals admitted thereto with long-term resident, nursing, convalescent or rehabilitative care; supervision and care incident to old age for ambulatory persons; or retirement home care for elderly persons. Long-term care facility shall include convalescent or nursing homes, rest homes, infirmaries maintained in towns and charitable homes for the aged."<br>105 Mass. Code Regs. 700.001. |
| Michigan | "In a health facility or agency licensed under article 17 or other medical institution, an order for a drug or device in the patient's chart is considered for the purposes of this definition the original prescription."<br>Mich. Comp. Laws Ann. § 333.17708.<br><br>If a chart order does not contain quantity, a pharmacist may still dispense but must "consult with the prescriber to determine an agreed-upon quantity. The pharmacist shall record the quantity dispensed on the prescription and shall maintain that documentation with the prescription."<br>Mich. Comp. Laws Ann. § 333.17751. | "Health facility or agency"... means:<br>(a) An ambulance operation, aircraft transport operation, nontransport prehospital life support operation, or medical first response service.<br>(b) A county medical care facility.<br>(c) A freestanding surgical outpatient facility.<br>(d) A health maintenance organization.<br>(e) A home for the aged.<br>(f) A hospital.<br>(g) A nursing home.<br>(h) A hospice.<br>(i) A hospice residence.<br>(j) A facility or agency listed in subdivisions (a) to (g) located in a university, college, or other educational institution.<br><br>"Home for the aged means a supervised personal care facility at a single address, other than a hotel, adult foster care facility, hospital, nursing home, or county medical care facility that provides room, board, and supervised personal care to 21 or more |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | | unrelated, nontransient, individuals 55 years of age or older. Home for the aged includes a supervised personal care facility for 20 or fewer individuals 55 years of age or older if the facility is operated in conjunction with and as a distinct part of a licensed nursing home." Mich. Comp. Laws Ann. § 333.20106. |
| Minnesota | A chart order is a "prescription drug order for a drug that is to be dispensed by a pharmacist . . . and administered by an authorized person only during the patient's stay in a hospital or long-term care facility. The chart order shall contain the name of the patient, another patient identifier such as birth date or medical record number, the drug ordered, and any directions that the practitioner may prescribe concerning strength, dosage, frequency, and route of administration. The manual or electronic signature of the practitioner must be affixed to the chart order at the time it is written or at a later date in the case of verbal chart orders." Minn. Stat. Ann. § 151.01. | A long-term care facility is "a residential facility certified by the Minnesota Department of Health as a skilled nursing facility, an intermediate care facility, or an intermediate care facility for the developmentally disabled." Minn. R. 9505.0175. |
| Montana | A chart order is "a lawful order entered on the chart or a medical record of a patient or resident of a facility by a practitioner, or his or her designated agent, for a drug or device and shall be considered a prescription." Mont. Admin. R. 24.174.831. | A facility is "an outpatient center for surgical services, a hospital and/or long-term care facility, or a home infusion facility." Mont. Admin. R. 24.174.301(17).<br><br>"'Long-term care facility' means a facility or part of a facility that provides skilled nursing care, residential care, intermediate nursing care, or intermediate developmental disability care to a total of two or more individuals or that provides personal care." Mont. Code Ann. § 50-5-101. |
| Nebraska | "Chart order means an order for a drug or device issued by a practitioner for a patient who is in the hospital or long-term care facility where the chart is stored . . . . Chart order does not include a prescription and may not be used to authorize dispensing of a controlled substance to a patient in a long-term care facility." Neb. Rev. Stat. Ann. § 38-2810. | "Long-term care facility means a nursing facility, skilled nursing facility, intermediate care facility, intermediate care facility for persons with mental retardation, or long-term care hospital, but not an assisted-living facility." 175 Neb. Admin. Code Ch. 8, 002.<br><br>"Intermediate care facility means a facility where shelter, food, and nursing care or related services are provided for a period of |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | "A chart order must contain the following information: Patient's name; date of the order; name of the drug, device, or biological; strength of the drug or biological, if applicable; directions for administration to the patient, including the dose to be given; and prescribing practitioner's name." Neb. Rev. Stat. Ann. § 38-28,105. | more than 24 consecutive hours to persons residing at such facility who are ill, injured, or disabled and do not require hospital or skilled nursing facility care." 175 Neb. Admin. Code Ch. 12, 002.<br><br>"Assisted-living facility means a facility where shelter, food, and care are provided for remuneration for a period of more than 24 consecutive hours to four or more persons residing at such facility who require or request such services due to age, illness, or physical disability." 175 Neb. Admin. Code Ch. 4, 002. |
| Nevada | "'Chart order' means an order entered on the chart of an inpatient in a medical facility licensed by the Division of Public and Behavioral Health of the Department of Health and Human Services or on the chart of a patient under emergency treatment in a hospital by a practitioner or on the written or oral order of a practitioner authorizing the administration of a drug to the patient." Nev. Admin. Code 639.442. | "'Medical facility' includes:<br>1. A surgical center for ambulatory patients;<br>2. An obstetric center;<br>3. An independent center for emergency medical care;<br>4. An agency to provide nursing in the home;<br>5. A facility for intermediate care;<br>6. A facility for skilled nursing;<br>7. A facility for hospice care;<br>8. A hospital;<br>9. A psychiatric hospital;<br>10. A facility for the treatment of irreversible renal disease;<br>11. A rural clinic;<br>12. A nursing pool;<br>13. A facility for modified medical detoxification;<br>14. A facility for refractive surgery;<br>15. A mobile unit; and<br>16. A community triage center." Nev. Rev. Stat. § 449.0151. |
| New Jersey | "'Medication order' means a written request for medication originated by a practitioner and intended for patient use in the health care facility. . . . A valid medication order contains the date ordered, the patient's name and location within the facility, the name, dose, route, and frequency of administration of the medication, and any additional instructions." N.J. Admin. Code § 13:39-9. | "Health care facility" means a facility or institution licensed by the Department of Health pursuant to N.J.S.A. 26:2H-1 et seq. N.J. Admin. Code § 13:39-9.2.<br><br>"Health care facility" means the facility or institution, whether public or private, that is engaged principally in providing services for health maintenance organizations, diagnosis, or treatment of human disease, pain, injury, deformity, or physical condition, including, but not limited to, a general hospital, special hospital, mental hospital, public health |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | | center, diagnostic center, treatment center, rehabilitation center, extended care facility, skilled nursing home, nursing home, intermediate care facility, tuberculosis hospital, chronic disease hospital, maternity hospital, outpatient clinic, dispensary, home health care agency, residential health care facility, dementia care home, and bioanalytical laboratory (except as specifically excluded hereunder), or central services facility serving one or more such institutions but excluding institutions that provide healing solely by prayer and excluding such bioanalytical laboratories as are independently owned and operated, and are not owned, operated, managed, or controlled, in whole or in part, directly or indirectly by any one or more health care facilities, and the predominant source of business of which is not by contract with health care facilities within the State of New Jersey and which solicit or accept specimens and operate predominantly in interstate commerce.<br>N.J. Stat. Ann. § 26:2H-2. |
| New Mexico | Standards for the administration of drugs in Licensed Facilities and Licensed Custodial Care Facilities state "(1) All medications administered to patients shall be by direct order of a physician, or other licensed practitioner. . . (5) An automatic stop-order policy shall be adopted to provide guidance in these instances where medications ordered are not specifically limited as to time or number of doses."<br>N.M. Admin. Code § 16.19.11.8. | A "licensed facility" is "any facility, skilled nursing facility, intermediate care or any other upper level of care facility …that is required to maintain custody of patients drugs in a drug room, and such drugs are administered by the facilities' designated personnel."<br><br>A "licensed custodial care facility" is "any facility or business, including non-profit entity which provides care and services on a continuing basis, for two or more in-house residents, not related to the operator, and which maintains custody of the residents' drugs."<br>N.M. Admin. Code § 16.19.11. |
| New York | "An order for a drug to be dispensed for an inpatient in a health care facility by the pharmacy of that facility may be transmitted to the pharmacy in accordance with written procedures approved by the medical or other authorized board of the facility. The items of information required | Health care facility is not defined.<br>A residential health care facility "shall mean a facility, institution, or portion thereof subject to article 28 of the New York State Public Health Law, providing therein, lodging for 24 or more consecutive hours to three or more nursing home residents who |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | [for prescriptions] which are found in the records regularly maintained by the facility and which are not essential to the execution of the order need not appear on the order which is transmitted to the pharmacy. . . . An order for a drug for a particular patient issued by a practitioner authorized to prescribe, and transmitted to a pharmacy for dispensing, shall constitute a prescription." N.Y. Comp. Codes R. & Regs. tit. 8, § 29.7. | are not related to the operator by marriage or by blood within the third degree of consanguinity, who need regular nursing services or other professional services but who shall not need the services of a general hospital. N.Y. Comp. Codes R. & Regs. tit. 10, § 415.2.<br><br>"'Residential health care facility' means a nursing home or a facility providing health-related service." "'Health-related service' means service in a facility or facilities which provide or offer lodging, board and physical care including, but not limited to, the recording of health information, dietary supervision and supervised hygienic services incident to such service." N.Y. Pub. Health Law § 2801. |
| North Carolina | Medication orders are orders from a "health care facility" that must include: ". . . (B) medication name, strength, dosage form, route of and directions for administration. In the absence of a facility policy on interpretation of routes of administration, the route of administration must be specified; (C) discernible quantity to be dispensed. Medical orders issued from a health care facility shall, in the absence of a different indicated quantity or facility policy, be deemed to authorize dispensing of a 30-day supply . . ." 21 N.C. Admin. Code 46.1414. | "Health Care Facility. Any organization whose primary purpose is to provide a physical environment for patients to obtain health care services. This shall include:<br>(a) a hospital;<br>(b) a long-term care facility;<br>(c) a mental health facility;<br>(d) a drug abuse treatment center;<br>(e) a penal institution; or<br>(f) a hospice."<br>21 N.C. Admin. Code 46.1317. |
| Ohio | "Drug orders for inpatients of an institutional facility transmitted to a pharmacist by use of an electronic drug record keeping system may be considered an original order for the dispensing of drugs."<br>Drug orders do not have to contain quantity.<br>Ohio Admin. Code 4729-17-09. | "'Institutional facility' means a hospital as defined in section 3727.01 of the Revised Code, or a facility licensed by the state board of pharmacy and the Ohio department of health, the Ohio department of rehabilitation and correction, the Ohio department of developmental disabilities, or the Ohio department of mental health and addiction services at which medical care is provided on site and a medical record documenting episodes of care, including medications ordered and administered, is maintained, including, the following:<br>(1) Convalescent homes;<br>(2) Developmental facilities; |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | | (3) Long term care facilities;<br>(4) Nursing homes;<br>(5) Psychiatric facilities;<br>(6) Rehabilitation facilities;<br>(7) Developmental disability facilities;<br>(8) Level III sub-acute detoxification facilities certified by the Ohio department of mental health and addiction services;<br>(9) State or local correctional facilities, as defined in section 5163.45 of the Revised Code;<br>(10) Any other facility as determined by the board."<br>Ohio Admin. Code 4729-17-01. |
| Oklahoma | Oklahoma does not specify requirements for prescriptions or distinguish between chart orders and prescriptions.<br><br>"Prescription" means and includes any order for drug or medical supplies written or signed, or transmitted by word of mouth, telephone or other means of communication: a. by a licensed practitioner . . ."<br>Pharmacy Practice Act: Okla. Stat. Ann. tit. 59, § 353.1.<br><br>In assisted living centers, "Medications shall be administered only on a physician's order."<br>Okla. Admin. Code 310:663-19-2. | "'Assisted living center' means any home or establishment offering, coordinating or providing services to two (2) or more persons who: (A) are domiciled therein; (B) are unrelated to the operator; (C) by choice or functional impairments, need assistance with personal care or nursing supervision; (D) may need intermittent or unscheduled nursing care; (E) may need medication assistance; and (F) may need assistance with transfer and/or ambulation; Intermittent nursing care and home health aide services may be provided in an assisted living facility by a home health agency."<br>Okla. Admin. Code 310:663-1-2. |
| Pennsylvania | "Drug order--<br>(i) An oral or written order issued by a medical practitioner which is either written on or entered by computer into the medical record of a patient in an institution for the dispensing of a drug or device for administration to the patient.<br>(ii) The term does not include an order for a drug for a patient in an institution which the patient will self-administer which will be considered a prescription."<br>49 Pa. Code § 27.1. | "'Institution' means a health care facility as defined in section 103 of the act of July 19, 1979 (P.L. 130, No. 48), known as the "Health Care Facilities Act," which offers care and medical treatment to patients who require food, board and overnight sleeping facilities."<br>63 Pa. Stat. Ann. § 390-2.<br><br>A health care facility is a "facility providing clinically related health services, including, but not limited to, a general or special hospital, including psychiatric hospitals, rehabilitation hospitals, ambulatory surgical facilities, long-term care nursing facilities, cancer treatment centers using radiation therapy on an ambulatory basis and inpatient drug and alcohol treatment facilities, both |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | | profit and nonprofit and including those operated by an agency or State or local government. The term shall also include a hospice." <br> 35 Pa. Stat. Ann. § 448.103. |
| South Carolina | "'Chart order' means a lawful order from a practitioner for a drug or device for patients of a hospital or extended care facility, or such an order prepared by another person and signed by a practitioner either immediately or at another time, issued for a legitimate medical purpose within the practitioner's course of legitimate practice and including orders derived on behalf of a practitioner from a practitioner approved drug therapy management." <br> S.C. Code Ann. § 40-43-30. | "Extended care facility" not defined. <br><br> "'Long-term care facility' means an intermediate care facility, nursing care facility, or residential care facility subject to regulation and licensure by the State Department of Health and Environmental Control (department)." <br> S.C. Code Ann. § 44-81-30. |
| Vermont | "Drugs may be dispensed from the institutional pharmacy if: (a) Ordered by an authorized practitioner; (b) The drug order includes the name and location of the patient, name and dosage of the drug, directions for use, date of order, and signature of the physician or his or her authorized designee." <br> CVR 04-030-230 § 11.26. | "'Institutional pharmacy' means any drug outlet licensed by the Board which provides pharmaceutical care to current residents or patients in an institutional facility." <br><br> "'Institutional facility' means any organization whose primary purpose is to provide a physical environment for patients to obtain health care services, including but not limited to a(n): <br> (1) Hospital; <br> (2) Convalescent home; <br> (3) Nursing home; <br> (4) Extended or long-term care facility; <br> (5) Mental health facility; <br> (6) Rehabilitation center; <br> (7) Psychiatric center; <br> (8) Developmental disability center; <br> (9) Drug abuse treatment center; <br> (10) Family planning clinic; <br> (11) Penal institution or correctional facility; <br> (12) Hospice; <br> (13) Public health facility; <br> (14) Athletic facility; and <br> (15) Residential care home." <br> CVR 04-030-230 § 11.2(a). |
| Virginia | Statute setting forth "Requirements for Prescription" states "However, this provision shall not apply (i) to prescriptions written as chart orders for | "'Long-term care facility' means a nursing home, retirement care, mental care, or other facility or institution that provides extended health care to resident patients." |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | patients in hospitals and long-term-care facilities, patients receiving home infusion services or hospice patients." Va. Code Ann. § 54.1-3408.01(A). | 18 Va. Admin. Code § 110-20-10. |
| Washington | "A pharmacy may dispense legend drugs to the resident of a long-term care facility or hospice program on the basis of a written or digitally signed prescription or chart order sent via facsimile copy by the prescriber to the long-term care facility or hospice program, and communicated or transmitted to the pharmacy pursuant to RCW 18.64.550." Rev. Code Wash. § 69.41.041(1).<br><br>For chart orders in long-term care facilities and hospice programs, " " (1) A chart order must be considered a prescription if it contains: (a) The full name of the patient; (b) The date of issuance; (c) The name, strength, and dosage form of the drug prescribed; (d) Directions for use; and (e) An authorized signature." Rev. Code Wash. § 18.64.550. | "'Long-term care facility' means a nursing home licensed under chapter 18.51 RCW, an assisted living facility licensed under chapter 18.20 RCW, or an adult family home licensed under chapter 70.128 RCW." Rev. Code Wash. § 18.64.011. |
| Wyoming | A medication order is "a written, verbal, facsimile or electronic order from a practitioner or the practitioner's authorized agent to a licensed nurse in the LTCF for a resident of that facility for administration of a drug or device." Wyo. Admin. Code 059.0001.15 § 4. | "'Long Term Care Facility' (LTCF) means any skilled or intermediate care nursing home, board and care home, or any resident behavioral health facility subject to regulation and licensure by the department of health. For the purpose of [the statute dealing with medication orders], long term care facility does not include adult day care facilities, home health agencies, or assisted living facilities. Wyo. Admin. Code 059.0001.15 § 4. |
| Washington, D.C. | Where a facility has an on-site or off-site "institutional pharmacy," "Prescription drug orders for use by inpatients of the facility shall contain the following information: (a)    Patient name, identification number, and room number; (b) Drug name; (c) Drug strength; (d) Directions for use and route of administration; (e) Date and physician's signature, or signature of his or her authorized representative . . ." 22-B DCMR § 1921.27. | "Institutional Facility - means any organization whose primary purpose is to provide a physical environment for patients to obtain health care services, including a(n): (1) Hospital; (2) Convalescent home; (3) Nursing home; (4) Extended care facility; (5) Mental health facility; (6) Rehabilitation center; (7) Psychiatric center; (8) Developmental disability center; |

| State | Relevant Provisions | Example Long-Term Care Facilities Where Permitted |
|---|---|---|
| | "Stop date - in institutional settings, the length of time to administer a medication as indicated by the prescribing practitioner, or established institutional policy on length of administration of drugs by category in the absence of the prescriber's notation." 22-B DCMR § 1999.1. | (9) Drug abuse treatment center; (10) Family planning clinic; (11) Penal institution; (12) Hospice; (13) Public health facility; (14) Athletic facility." 22-B DCMR § 1999. |