UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,
CALIFORNIA, COLORADO,
CONNECTICUT, DELAWARE, FLORIDA,
GEORGIA, HAWAII, ILLINOIS, INDIANA,
IOWA, LOUISIANA, MASSACHUSETTS,
MICHIGAN, MINNESOTA, MONTANA,
NEVADA, NEW JERSEY, NEW MEXICO,
NEW YORK, NORTH CAROLINA,
OKLAHOMA, RHODE ISLAND,
TENNESSEE, TEXAS, VERMONT,
VIRGINIA, WASHINGTON, WISCONSIN,
and the DISTRICT OF COLUMBIA
*ex rel.* URI BASSAN,

Plaintiffs,

v.

OMNICARE, INC.,

Defendant.

---

UNITED STATES OF AMERICA,

Plaintiff,

v.

OMNICARE, INC. and CVS HEALTH CORP.,

Defendants.

Case No. 15-CV-4179 (CM)

**[PROPOSED] ORDER GRANTING DEFENDANTS' LETTER MOTION FOR CLARIFICATION AND EXTENSION**

This matter is before the Court on the March 26, 2020 Letter Motion of Omnicare, Inc. ("Omnicare") and CVS Health Corporation ("CVS") to clarify the deadline to answer or otherwise respond to Relator Uri Bassan's Complaint and to extend the deadline to answer the Government's Complaint. Counsel for Bassan does not object to Defendants' request for clarification, and the Government consents to Defendants' request for an extension.

1

For good cause shown, it is hereby **ORDERED** that schedule shall be as follows:

- Defendants' Deadline to Answer the Government's Complaint: **April 16, 2021**

- Defendants' Deadline to Answer or Otherwise Respond to Relator Bassan's Complaint: 30 days after the expiration of the stay of Bassan's claims that was ordered by this Court in its March 19, 2021 order

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: 4/5/2021

Colleen McMahon
Chief United States District Judge