```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/202
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                Plaintiffs,

-against-

OMNINCARE, INC.,

                Defendant.
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                Defendants.
------------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

By letter dated October 20 2022, the Government requested a modification of the interim deadlines set forth in the Court's Scheduling Order (ECF No. 121). See ECF No. 148. Defendants submitted a counter proposal for extension of those interim deadlines. See ECF No. 149. Below are the updated interim deadlines.

- October 28, 2022 – Defendants to produce OmniDX data.

- November 18, 2022 – Government to identify OmniDX samples.

- November 23, 2022 – Defendants produce Oasis dispensing data.

- December 5, 2022 – Defendants produce all documents other than emails and pharmacy-level documents; Government produces all documents.

- December 14, 2022 – Defendants produce data reflecting Omnicare's claims for payment.

- December 16, 2022 – Government provides Oasis dispensing sample.

- December 19, 2022 – Defendants to produce prescrip0tion documentation for OmniDX sample

- January 16, 2023 – Defendants produce prescription documentation for Oasis sample

- January 20, 2023 – Defendants produce emails and pharmacy-level documents

- February 1, 2023 – Government designates its experts.

- March 1, 2023 – Government completes Rule 30(b)(6) depositions of defendant; Defendants designate their experts; Defendants must identify 30(b)(6) witnesses by three weeks before the date of the deposition.

- March 31, 2023 – Government must identify the equivalent of Rule 30(b)(6) witnesses representing the agencies designated by Defendant by three weeks before the date of the deposition.

- April 3, 2023 – Deadline for Government's expert reports, as described on page 2 of the Scheduling Order at ECF No. 121.

- April 21, 2023 – Parties complete all fact depositions, including Rule 30(b)(6) depositions or their equivalents of government agencies.

- May 1, 2023 – Deadline for Defendants' expert reports, as described on page 2 of the Scheduling Order at ECF No. 121.

- May 23, 2023 – All expert depositions completed.

- May 31, 2023 – Deadline for all expert rebuttal reports.

       **SO ORDERED.**

DATED:    New York, New York
             October 25, 2022

                                               VALERIE FIGUEREDO
                                               United States Magistrate Judge