USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/22/202

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                      Plaintiffs,

-against-

OMNINCARE, INC.,

                      Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiff,

-against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                      Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons discussed at the discovery conference held before this Court on November 16, 2022, the motions at ECF Nos. 157-159 have been resolved. The Clerk of Court is directed to terminate the motions at ECF Nos. 157-159.

**SO ORDERED.**

DATED:    New York, New York
               November 22, 2022

                                                    _____
                                                      VALERIE FIGUEREDO
                                                    United States Magistrate Judge