USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 1/17/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                Plaintiffs,

-against-

OMNINCARE, INC.,

                Defendant.
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                Defendants.
------------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER SCHEDULING**
**DISCOVERY CONFERENCES**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

        A conference in this matter is hereby scheduled for **Tuesday, February 28, 2023, at 2:30 p.m.** Parties are directed to submit a joint status letter no later than **two (2) business days** before the conference, identifying any issues the parties wish to discuss at the conference. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335].**

    Additional Conferences are also scheduled for: Tuesday, March 28, 2023 at 2:30 p.m., Tuesday, April 25, 2023 at 10:00 a.m.

2

**SO ORDERED.**

DATED:    New York, New York
          January 17, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge

2