UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                         Plaintiffs,

      -against-

OMNINCARE, INC.,

                         Defendant.
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                         Plaintiff,

      -against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                         Defendants.
------------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

For the reasons stated at the discovery conference held on January 17, 2023, the Court adopts the updated scheduling order below:

- January 20, 2023: Defendants' deadline to complete document production
- February 3, 2023: Government's deadline to complete document production
- March 1, 2023: Government to designate its experts
- April 1, 2023: Government completes Rule 30(b)(6) depositions of defendant; Defendants designate their experts; Defendants must identify 30(b)(6) witnesses by three weeks before the date of the deposition
- April 30, 2023: Government must identify the equivalent of Rule 30(b)(6) witnesses representing the agencies designated by Defendant by three weeks before the date of the deposition
- May 3, 2023: Deadline for Government's geriatrician and long-term care expert reports
- May 14, 2023: Deadline for Government's pharmacy and statistical expert reports
- June 5, 2023: Parties complete all fact depositions, including Rule 30(b)(6) depositions or their equivalents of government agencies
- June 12, 2023: Deadline for Defendants' expert reports
- June 23, 2023: All expert depositions completed
- June 30, 2023: Deadline for all expert rebuttal reports

Additionally, for the reasons stated at the conference, Defendants' letter motion "request[ing] that the Court permit them to serve a handful of Requests for Admission" concerning issues raised in ECF No. 176 is **DENIED**. The Clerk of Court is directed to terminate the motions at ECF Nos. 173, 176, and 177.

    **SO ORDERED.**

DATED:    New York, New York
                January 17, 2023

                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge