UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                      Plaintiffs,

      -against-

OMNINCARE, INC.,

                      Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                      Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

      By no later than **Friday, April 7, 2023**, Omnicare is directed to produce hard copy documentation for the nine patients as discussed at the telephonic discovery conference held before the Court on Tuesday, February 28, 2023.

      In addition, the discovery conference currently scheduled for March 28, 2023 is hereby rescheduled for **Tuesday, March 21, 2023 at 3:00 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code [9781335]**. Any issues the parties would like to be addressed at the conference

should be identified in a letter submitted by no later than **Tuesday, March 14, 2023**. Any responses to these letters are due by no later than **Monday, March 20, 2023 at 5:00 p.m.**

    **SO ORDERED.**

DATED:   New York, New York
              March 1, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge