USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                       Plaintiffs,

       -against-

OMNINCARE, INC.,

                       Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                       Plaintiff,

       -against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                       Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       For the reasons discussed at the conferences held on October 13-14 and 21, 2022, the Clerk of Court is directed to terminate the motions at ECF Nos. 126, 127, and 139. For the reasons discussed at the conference held on November 16, 2022, the Clerk of Court is directed to terminate the motion at ECF No 160. For the reasons discussed at the conference held on February 28, 2023, the Clerk of Court is directed to terminate the motion at ECF No. 189.

      **SO ORDERED.**

DATED:    March 1, 2023

                                                                          _____
                                                                         VALERIE FIGUEREDO
                                                                        United States Magistrate Judge