UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                      Plaintiffs,

      -against-

OMNINCARE, INC.,

                      Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiff,

      -against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                      Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

By no later than **Friday, April 14, 2023**, Defendants are ordered to provide the Government with a custodian-level "hit report" for each of the 8 pharmacy-level custodians for whom the Government has not received a report.

**SO ORDERED.**

DATED:    New York, New York
                March 31, 2023

                                                    _____
                                                    VALERIE FIGUEREDO
                                                    United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2023