USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                              Plaintiffs,

       -against-

OMNINCARE, INC.,

                              Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              Plaintiff,

       -against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                              Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      On April 3, 2023, the Court entered a memo endorsement (ECF No. 227) of the Government's March 31, 2023 letter (ECF No. 225), extending the deadline for the Government to complete 30(b)(6) depositions of Defendants from April 1, 2023 to April 30, 2023. On April 4, 2023, both the Government and Defendants submitted letters seeking clarification of this Order (see ECF Nos. 231, 233).

      Based on the parties April 4, 2023 letter submissions, the Court hereby orders that: (1) the Government's deadline to complete 30(b)(6) depositions of Defendants is further extended

from April 30, 2023 to **May 5, 2023**; and (2) the Government's deadline for **all** of its experts reports (geriatrician, long-term care, pharmacy, and statistical) is modified to **May 12, 2023**.

All other operative deadlines remain unchanged. Defendants are ordered to make all 30(b)(6) witnesses available to the Government for deposition by May 5, 2023.

**SO ORDERED.**

DATED:   New York, New York
         April 6, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge