USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                              Plaintiffs,

-against-

OMNINCARE, INC.,

                              Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                              Plaintiff,

-against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                              Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      On April 11, 2023, the Government and Defendants each filed a letter motion to compel regarding certain privilege disputes between the parties (see ECF Nos. 239, 240). The Government and Defendants are directed to respond to the other party's motion by no later than **Wednesday, April 19, 2023**. The Court will address these letter motions at the discovery conference scheduled for Tuesday, April 25, 2023 at 10:00 a.m. **SO ORDERED.**

DATED:    New York, New York
               April 12, 2023

                                                                   _____
                                                                   VALERIE FIGUEREDO
                                                                   United States Magistrate Judge