USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED 5/24/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI
BASSAN,

                       Plaintiffs,

       -against-

 OMNINCARE, INC.,

                       Defendant.
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                       Plaintiff,

       -against-

OMNINCARE, INC. and CVS HEALTH
CORP.,

                       Defendants.
-------------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER SCHEDULING CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

A discovery conference in this action is hereby scheduled for **Thursday, May 25, 2023 at 10:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

**SO ORDERED.**

DATED:    New York, New York
            May 24, 2023

VALERIE FIGUEREDO
United States Magistrate Judge