USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/1/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                      Plaintiffs,

-against-

OMNICARE, INC.,

                      Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiff,

-against-

OMNICARE, INC. and CVS HEALTH CORP.,

                      Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On May 25, 2023, the Court issued an order concerning the outstanding privilege review of 128 Ominicare documents. See ECF No. 279. The following additional documents should be produced by Omnicare to the Government, as they are not privileged: Tabs 78-80, 106-107, 121-126. There are still a few documents that Omnicare is investigating. The Court will issue a privilege determination as to those documents after Omnicare's update on June 2, 2023.

**SO ORDERED.**

DATED:    New York, New York
              June 1, 2023

                                                      VALERIE FIGUEREDO
                                                 United States Magistrate Judge