LAW OFFICES
# WILLIAMS & CONNOLLY LLP

| JAMES SASSO | 680 MAINE AVENUE SW | EDWARD BENNETT WILLIAMS (1920-1988) |
|---|---|---|
| (202) 434-5294 | WASHINGTON, DC 20024 | PAUL R. CONNOLLY (1922-1978) |
| JSasso@wc.com | (202) 434-5000 | |
| | WWW.WC.COM | |

June 1, 2023

> **Application Granted**
>
> /s/ Valerie Figueredo
> Valerie Figueredo, U.S.M.J.
> DATED: 6-5-2023
>
> Omnicare's request to serve subpoenas on Ms. Lusco-Reed and Ms. Mawuenyega is granted. **SO ORDERED.**

**Via ECF**

Hon. Valerie Figueredo
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States ex rel. Bassan v. Omnicare, Inc. and CVS Health Corp.*,
      No. 15 Civ. 4179 (CM) (VF)

Dear Judge Figueredo:

   We write on behalf of Omnicare, Inc. and CVS Health Corporation, in accordance with the parties' third-party subpoena process. (Dkt. 226.) Defendants request the Court's permission to serve subpoenas (which include document requests) on former Omnicare employees Madonna Lusco-Reed and Rebecca Mawuenyega. The government does not oppose the subpoenas, or the document requests in them.

   Ms. Lusco-Rees and Ms. Mawuenyega provided affidavits to the government about their former employment with Omnicare, and the government thus believes they have information relevant to this process. Defendants seek an opportunity to question them about their affidavits, and to obtain documents relating to their alleged knowledge. The proposed subpoenas are attached at Exhibits 1 and 2.

   We appreciate Your Honor's time and consideration of this request.

                                                Sincerely,

                                                */s/ James Sasso*
                                                James Sasso