UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                          Plaintiffs,

-against-

OMNICARE, INC.,

                          Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                          Plaintiff,

-against-

OMNICARE, INC. and CVS HEALTH CORP.,

                          Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      For the reasons stated at the June 12, 2023 conference before the Court, the Government is granted leave to file a supplemental expert report, by no later than **August 21, 2023**, to incorporate the results of the analyses of any sample dispensations and prescription documentation that cannot be completed by July 31, 2023 (the Government's expert report deadline), due to the Government having to replace 145 out of the 300 sample dispensations. As discussed at the conference, the Government will otherwise produce its expert reports by the current July 31, 2023 deadline.

      Regarding the ongoing privilege review, Defendants will make an additional production of documents deemed not privileged by **June 16, 2023**. A supplemental binder containing

documents subject to further privilege review will be provided to Chambers by no later than **June 20, 2023**.

In addition, the Court grants the Government's motion to reopen the deposition of Dawn Kramer to permit questioning relating solely to the at-issue email (Bates No. OCRBASSAN-01457251). <u>See</u> ECF No. 287. The continued deposition of Ms. Kramer is limited to 15 minutes and will be conducted via videoconference.

Finally, a discovery conference is hereby scheduled for **Monday, July 17, 2023 at 2:30 p.m.** Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335.**

The Clerk of Court is directed to terminate the motions at ECF No. 280 and 287.

**SO ORDERED.**

DATED:    New York, New York
          June 13, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge