```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                Plaintiffs,

-against-

OMNICARE, INC.,

                Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

OMNICARE, INC. and CVS HEALTH CORP.,

                Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

Omnicare submitted a binder, as part of the ongoing *in camera* privilege review, dated June 26, 2023. The following document from that binder should be produced to the Government without redactions: the spreadsheet at Tab 8 with Control ID 02058164.[1] For the following document, certain redactions should be removed: Tab 6 (with Control ID 02444181), the redactions should be removed from the first two emails in the chain at Bates Number OCRBASSAN01463085 (emails from November 11, 2011 at 9:22:13 p.m. and 12:39 p.m.).

---

[1] The Control ID referenced herein is from the index provided by Omnicare for each binder of documents reviewed by the Court.

Omnicare also submitted a separate binder, dated June 20, 2023. The following documents from that binder should be produced to the Government without redactions: (1) Tabs 2-3, Control IDs 00228093-094; (2) Tab 10, Control IDs 01987755; (3) Tabs 15-29, Control IDs 02075181, 02444135-137, 02444139, 02444142-144, 02444147-148, 02444165-168, 02444170; (4) Tabs 30, 34-35, Control IDs 04597331, 04597335-336; (5) Tabs 36, 40-41, Control IDs 04597337, 04597341-342; (6) Tabs 42-51, Control IDs 04597868-877; (7) Tabs 52, 54-55, Control IDs 06247699, 06247701-702; and (8) Tabs 56-58, Control IDs 06276309-311.

**SO ORDERED.**

DATED:     New York, New York
           July 6, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge