```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI
BASSAN,                                                              15-CV-04179 (CM) (VF)

                                    Plaintiffs,                      ORDER

              -against-

 OMNICARE, INC.,

                                    Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                    Plaintiff,

              -against-

OMNICARE, INC. and CVS HEALTH
CORP.,

                                    Defendants.
-----------------------------------------------------------------X
```

**VALERIE FIGUEREDO, United States Magistrate Judge.**

For the reasons stated at the conference held before the Court on July 17, 2023, the Government's request for appointment of a special master to review Defendants' claims of privilege over certain categories of documents is denied. Instead, the Court will conduct an in camera review of certain categories of documents as outlined at the conference, which Defendants are directed to provide to the Court in hard-copy by no later than **Monday, July 24, 2023**.

In addition, a discovery conference in this action is hereby scheduled for **Monday, August 14, 2023 at 11:00 a.m.** Counsel for the parties are directed to call Judge Figueredo's

AT&T conference line at the scheduled time. **Please dial (888) 808-6929; access code 9781335**.

The Clerk of Court is directed to terminate the motions at 298 and 299.

    **SO ORDERED.**

DATED:    New York, New York
               July 18, 2023

                                                        _____
                                                        VALERIE FIGUEREDO
                                                        United States Magistrate Judge