USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 8/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                      Plaintiffs,

        -against-

OMNICARE, INC.,

                      Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                      Plaintiff,

        -against-

OMNICARE, INC. and CVS HEALTH CORP.,

                      Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

On July 20, 2023, Defendants submitted a letter seeking "clarification and reconsideration" of the Court's July 6, 2023 order regarding its in camera review of two sets of documents submitted by Omnicare. See ECF No. 305. Upon review of this letter, and following an additional review of the submitted documents, the Court finds that the seven (7) emails included in Tab 6 of the June 26, 2023 should be <u>unredacted</u>, consistent with the rulings as to those same emails that can be found in Tabs 16 through 29 of the June 20, 2023 binder. The Court will explain its reasoning on the record at the discovery conference scheduled for Monday, August 14, 2023 at 11:00 a.m. Consistent therewith, and for the reasons that will be explained at

the upcoming conference, the emails contained in Tab 2 of the June 20 binder should also be unredacted. The Clerk of Court is directed to terminate the motion at ECF No. 305.

**SO ORDERED.**

DATED:   New York, New York
           August 3, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge