USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                 Plaintiffs,

-against-

OMNINCARE, INC.,

                 Defendant.

-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                 Plaintiff,

-against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                 Defendants.

-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER SCHEDULING
DISCOVERY CONFERENCES**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       The motions at ECF Nos. 318 and 326 will be discussed at the conference scheduled for **Monday, September 11, 2023, at 10:30 a.m**. Counsel for the parties are directed to call Judge Figueredo's AT&T conference line at the scheduled time.  **Please dial (888) 808-6929; access code [9781335].**

SO ORDERED.

DATED:    New York, New York
                 September 7, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge