U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

September 14, 2023

By ECF
The Hon. Valerie Figueredo
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: *United States ex rel. Bassan et al. v. Omnicare, Inc. & CVS Health Corp.*,
      15 Civ. 4179 (CM) (VF)

Dear Judge Figueredo:

  We write respectfully on behalf of the United States of America (the "Government") to request the Court's leave to file several exhibits to the Government's letter filed today under a temporary 14-day seal, pursuant to Rule I.g of Your Honor's Individual Practices and the Protective Order entered by the Court on November 29, 2021. *See* Dkt. No. 102 (the "Protective Order").

  In producing materials in discovery, Defendants designated certain documents as subject to the Protective Order. The Protective Order provides a process for the filing of such materials. Protective Order ¶ 19. Pursuant to that process, the Government respectfully requests that the Court grant leave to file Exhibits B, D, E, H, I, J, K, L, and M to the Government's letter under seal for a period of 14 days. *See id.* Per the Protective Order, Defendants, as the Producing Parties, may file a motion to seal the relevant information. *See id.*

  We thank the Court for its consideration of this submission.

                    Respectfully submitted,

                    DAMIAN WILLIAMS
                    United States Attorney

                 : */s/ Jennifer Jude*
                    MÓNICA P. FOLCH
                    JENNIFER JUDE
                    SAMUEL DOLINGER
                    LUCAS ISSACHAROFF
                    JEREMY LISS
                    Assistant United States Attorneys
                    (212) 637-2800

---

Application Granted

_____
Valerie Figueredo, U.S.M.J.
DATED: September 15, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 339.

---

cc: All counsel by ECF