USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/18/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                Plaintiffs,

-against-

OMNICARE, INC.,

                Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

OMNICARE, INC. and CVS HEALTH CORP.,

                Defendants.
-----------------------------------------------------------------X

**15-CV-04179 (CM) (VF)**

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On September 21, 2023, the Court issued an order following an *in camera* review of certain documents withheld as privileged by Omnicare. See ECF No. 347. On October 12, 2023, Omnicare filed ex parte objections to the Order, providing additional factual information to support its claim of attorney-client privilege for certain documents or portions of a document that the Court had ordered produced. See ECF No. 359.

Following a review of the additional information provided by Omnicare, the Court grants Omnicare's request in its entirety. Omnicare may produce the e-mail chain at Tabs 5 and 36 of Omnicare's fourth *in camera* binder with the identified information redacted; Tabs 46 and 207

may be produced with the first bullet point redacted; and the e-mail chain at Tab 201 may be withheld as privileged.

**SO ORDERED.**

DATED:   New York, New York
         October 18, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge