LAW OFFICES
# WILLIAMS & CONNOLLY LLP®

| | | |
|---|---|---|
| DAVID RANDALL. J. RISKIN<br>(202) 434-5789<br>driskin@wc.com | 680 MAINE AVENUE SW<br>WASHINGTON, DC 20024<br>(202) 434-5000<br>WWW.WC.COM | EDWARD BENNETT WILLIAMS (1920-1988)<br>PAUL R. CONNOLLY (1922-1978) |

October 18, 2023

<u>*Via ECF*</u>
Hon. Valerie Figueredo
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States ex rel. Bassan v. Omnicare, Inc.*, No. 15 Civ. 4179 (CM) (VF)

Dear Judge Figueredo:

      Under Rule I.g of Your Honor's Individual Practices, and the Protective Order in this action, we write to request the Court's permission to file under seal a letter motion to compel along with the exhibits referenced in the filing. The motion discusses information that the government has designated confidential; the exhibits include testimony and material designated confidential as well.

      We appreciate the Court's consideration.

Sincerely,

*/s/ David Randall J. Riskin*

David Randall J. Riskin

---

Application Granted

Valerie Figueredo, U.S.M.J.
DATED: October 19, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No.364.