LAW OFFICES
# WILLIAMS & CONNOLLY LLP®

DAVID RANDALL. J. RISKIN
(202) 434-5789
driskin@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

November 17, 2023

<u>*Via ECF*</u>
Hon. Valerie Figueredo
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States ex rel. Bassan v. Omnicare, Inc.*, No. 15 Civ. 4179 (CM) (VF)

Dear Judge Figueredo:

      Under Your Honor's Individual Practices Rule I.g, and the Protective Order in this action, we write to request the Court's permission to file conditionally under seal an unredacted version of the opposition to the government's motion to modify the scheduling order (ECF 385), as well as excerpts from two deposition transcripts cited in the filing. Although Defendants do not believe that any portion of the letter or deposition excerpts should be kept confidential, the depositions were taken recently and the Protective Order requires Defendants to treat them as presumptively confidential at this time.

      We appreciate the Court's consideration.

Sincerely,

*/s/ David Randall J. Riskin*

David Randall J. Riskin

---

Application Granted

*[signature]*
Valerie Figueredo, U.S.M.J.
DATED: November 20, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 393.