LAW OFFICES
# WILLIAMS & CONNOLLY LLP

| | | |
|---|---|---|
| DAVID RANDALL. J. RISKIN<br>(202) 434-5789<br>driskin@wc.com | 680 MAINE AVENUE SW<br>WASHINGTON, DC 20024<br>(202) 434-5000<br>WWW.WC.COM | EDWARD BENNETT WILLIAMS (1920-1988)<br>PAUL R. CONNOLLY (1922-1978) |

November 30, 2023

*Via ECF*
Hon. Valerie Figueredo
United States District Court
   for the Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States ex rel. Bassan v. Omnicare, Inc.*, No. 15 Civ. 4179 (CM) (VF)

Dear Judge Figueredo:

    Under Rule I.g of Your Honor's Individual Practices, and the protective order in this action (ECF 102), we write to request the Court's permission to file under seal Omnicare, Inc.'s contemporaneously filed motion to compel motion and its attached exhibits, which cite to and quote from materials the U.S. Attorney's Office has designated confidential. Omnicare disagrees that the materials should be sealed, as explained previously. (ECF 392.)

    Omnicare has filed a redacted version of its brief on the public docket.

                                                    Sincerely,

                                                    */s/ David Randall J. Riskin*

                                                    David Randall J. Riskin

---

Application Granted

[signature]

Valerie Figueredo, U.S.M.J.
          DATED: December 1, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 401.