LAW OFFICES
# WILLIAMS & CONNOLLY LLP

| DAVID RANDALL J. RISKIN<br>(202) 434-5789<br>driskin@wc.com | 680 MAINE AVENUE SW<br>WASHINGTON, DC 20024<br>(202) 434-5000<br>WWW.WC.COM | EDWARD BENNETT WILLIAMS (1920-1988)<br>PAUL R. CONNOLLY (1922-1978) |
|---|---|---|

December 5, 2023

<u>*Via ECF*</u>
Hon. Valerie Figueredo
United States District Court
  for the Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States ex rel. Bassan v. Omnicare, Inc.*, No. 15 Civ. 4179 (CM) (VF)

Dear Judge Figueredo:

      Under Rule I.g of Your Honor's Individual Practices, and the protective order in this action (ECF 102), we write to request the Court's permission to file under seal (i) Exhibits B and C to Omnicare's contemporaneously filed motion to compel; and (ii) an unredacted version of the motion, which quotes from the exhibits. Omnicare disagrees the materials should be sealed, as explained previously. (ECF 392.)

      Omnicare has filed a redacted version of its motion on the public docket.

      Sincerely,

      */s/ David Randall J. Riskin*

      David Randall J. Riskin

---

Application Granted

*[signature]*

Valerie Figueredo, U.S.M.J.
    DATED: December 6, 2023

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 406.