UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x

UNITED STATES OF AMERICA, et al., *ex rel*
URI BASSAN,

                Plaintiffs,

  -against-                                     15 civ. 4179 (CM)

OMNICARE, INC.,

                Defendant.

----------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

OMNICARE, INC., and CVS HEALTH CORP.,

                Defendants.

----------------------------------------x

### DECISION AND ORDER OVERRULING OBJECTIONS AND ADOPTING MAGISTRATE JUDGE'S RULINGS AS THE RULINGS OF THE COURT

McMahon, J.:

    After careful consideration of the objections filed by Onmicare to the order of The Hon. Valerie Figueredo dated December 14, 2023 (Dkt. # 425), the court OVERRULES the objections and AFFIRMS Judge Figueredo's order in all respects. Nothing in Omnicare's papers suggests that Judge Figueredo abused her discretion in the slightest; her ruling is neither clearly erroneous nor contrary to law. Therefore, the court will not disturb it.

Dated: January 24, 2024

                                                          U.S.D.J.

BY ECF TO ALL COUNSEL