LAW OFFICES

## WILLIAMS & CONNOLLY LLP

DAVID RANDALL J. RISKIN
(202) 434-5789
driskin@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

April 18, 2024

> **MEMO ENDORSED**
>
> HON. VALERIE FIGUEREDO
> UNITED STATES MAGISTRATE JUDGE
> DATED: April 22, 2024
>
> The request to seal requested herein is granted. The Clerk of Court is directed to maintain ECF No. 460 under seal with the current viewing restrictions. The Clerk of Court is also respectfully directed to terminate the Motion at ECF No. 459.

*Via ECF*

The Honorable Valerie Figueredo
United States Magistrate Judge
 for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *United States ex rel. Bassan v. Omnicare, Inc.*, No. 15-cv-04179 (CM) (VF)

Dear Judge Figueredo:

Under Your Honor's Individual Practices Rule I.g and the Protective Order in this action, we write to request the Court's permission to file conditionally under seal an unredacted version of Defendants' motion to compel (ECF 458), as well as the deposition transcript attached to the motion as Exhibit 1. Although the 30-day period to designate that transcript as confidential appears to have expired without the U.S. Attorney's Office making any designations, we currently are treating the transcript as confidential out of an abundance of caution.

Should the Office confirm that nothing in the transcript is confidential, we will file an unredacted version of the motion, along with the transcript, on the public docket. We otherwise contemporaneously have filed a redacted version of the motion on the public docket.

Respectfully submitted,

 /s/ *David Randall J. Riskin*

David Randall J. Riskin