UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA, et al. ex rel. URI BASSAN,

                Plaintiffs,

-against-

OMNINCARE, INC.,

                Defendant.
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

-against-

OMNINCARE, INC. and CVS HEALTH CORP.,

                Defendants.
-----------------------------------------------------------------X

15-CV-04179 (CM) (VF)

**ORDER**

**VALERIE FIGUEREDO, United States Magistrate Judge.**

For the reasons discussed at the conference held on December 7, 2023, the motions at ECF Nos. 400, 405, and 407 have been resolved. The Clerk of Court is respectfully directed to terminate the Motions at ECF Nos. 400, 405, and 407.

**SO ORDERED.**

DATED:    New York, New York
                May 8, 2024

_____
VALERIE FIGUEREDO
United States Magistrate Judge

1