IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, *et al.*, *ex rel.* URI BASSAN,

    Plaintiffs,

v.

OMNICARE, INC.,

    Defendant.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

OMNICARE, INC. and CVS HEALTH CORP.,

    Defendants.

Case No. 15-CV-4179-CM-VF

**MEMORANDUM IN SUPPORT OF DEFENDANTS'
MOTION TO SEAL REPLY IN SUPPORT OF OBJECTIONS**

Enu Mainigi (*pro hac vice*)
Holly Conley (*pro hac vice*)
William Ashworth (*pro hac vice*)
David Randall J. Riskin (*pro hac vice*)
Benjamin Hazelwood (Bar No. 5001508)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

For matters in New York:

650 Fifth Avenue
Suite 1500
New York, NY 10019

*Attorneys for Omnicare, Inc. and CVS Health Corporation*

[Handwritten annotations by judge, dated 6/24/2024: "All pending motions & sealed papers filed in support of or in opposition to objections are denied... DENIED. Clerk to remove motions at Dkt # 387, Dkt # 417, 434 & 444 from list of open motions."]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/24/24

# TABLE OF CONTENTS[1]

DEFENDANTS REQUEST SEALING NOTWITHSTANDING RESERVATIONS .................. 1

---

[1] Consistent with the Court's Individual Practices and Procedures Rule V(D), Defendants are including a Table of Contents and a Table of Authorities.

## TABLE OF AUTHORITIES

### CASES

*Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110 (2d Cir. 2006)................................................1

**DEFENDANTS REQUEST SEALING NOTWITHSTANDING RESERVATIONS**

Omnicare, Inc. and CVS Health Corporation's (together, "Omnicare") reply in support of their objections to Judge Figueredo's October 25, 2023 order (ECF 370) cites to and quotes from materials the U.S. Attorney's Office has designated confidential under the protective order, and which Judge Figueredo sealed below. Omnicare disagrees these materials should be sealed—including because they demonstrate the Office's public criticisms of Omnicare's practices are meritless. *See generally Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119–120 (2d Cir. 2006) (presumption for public access to judicial documents weighed against "privacy interests of those resisting disclosure" (internal quotation marks omitted)). But because the protective order contemplates that material designated confidential be maintained under seal, Omnicare seeks sealing here as to the portions of its reply quoting from (and paraphrasing) confidential material. It has filed a redacted version of its reply on the public docket, and an unredacted version conditionally under seal.

1

Dated: December 11, 2023                    Respectfully submitted,

                                            WILLIAMS & CONNOLLY LLP

                                            /s/ *Enu Mainigi*
                                            Enu Mainigi (*pro hac vice*)
                                            Holly Conley (*pro hac vice*)
                                            William Ashworth (*pro hac vice*)
                                            David Randall J. Riskin (*pro hac vice*)
                                            Benjamin Hazelwood (Bar No. 5001508)
                                            680 Maine Avenue, S.W.
                                            Washington, DC 20024
                                            (202) 434-5000

                                            For matters in New York:

                                            650 Fifth Avenue
                                            Suite 1500
                                            New York, NY 10019

                                            *Attorneys for Omnicare, Inc. and CVS Health Corporation*

2