USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
FILED: 7/18/2024

**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al., ex rel.* URI BASSAN, <br><br> Plaintiffs, <br><br> v. <br><br> OMNICARE, INC., <br><br> Defendant. | |
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OMNICARE, INC. and CVS HEALTH CORP., <br><br> Defendants. | Case No. 15-CV-4179-CM-VF |

*7/18/2024*
*Your schedule is below.*
*Ask not for ANY extensions*
*as none will be granted.*

*Summary judgment motions*
*must reflect the*
*court's Daubert rulings*

*CM*

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ENTRY OF**
**SCHEDULE FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS**

This matter is before the Court on the July 16, 2024 motion of Defendants Omnicare, Inc. and CVS Health Corporation for entry of a schedule for summary-judgment and *Daubert* motions in this case. The Court has carefully considered the parties' arguments. For good cause shown,

MEMO ENDORSED

It is hereby **ORDERED** that the motion be **GRANTED**; it is

**FURTHER ORDERED** that the following schedule shall govern this action:

| | |
|---|---|
| Deadline for ~~Summary Judgment and~~ *ALL Daubert* Motions | August 21, 2024 |
| Deadline for All Oppositions *to Daubert Motions* | October 2, 2024 |
| Deadline for All Replies *~ Daubert Motions* | November 6, 2024 |

*Deadline for Defendant's ~~All~~ Summary Judgment Motion — Ten Business Days after Daubert Decision*

*Deadline for government's Opposition — Cross Motion — 14 Business Days after Defendant's Motion filed*

*Deadline for Defendant's Opposition/Reply 10 Business Days after government's motion*

*deadline for gov't Reply (if any) 5 Business Days after Defendant's Response*

The Clerk is directed to send a copy of this Order to all counsel of record.


Entered: _____            _____

Colleen McMahon
United States District Judge