**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* URI BASSAN,<br><br>Plaintiffs,<br><br>v.<br><br>OMNICARE, INC.,<br><br>Defendant.<br>―――――――――――――――――<br>UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMNICARE, INC. and CVS HEALTH CORP.,<br><br>Defendants. | Case No. 15-CV-4179-CM-VF |

**[PROPOSED] ORDER GRANTING CVS HEALTH CORPORATION'S RENEWED MOTION FOR DIRECTED VERDICT**

This matter is before the Court on CVS Health Corporation's renewed motion for judgment as a matter of law. The Court has carefully considered the parties' arguments.

It is hereby **ORDERED** that the motion be **GRANTED**;

And it is **FURTHER ORDERED** that judgment is entered in favor of CVS Health Corporation on all remaining claims against it under Federal Rule of Civil Procedure 50(a).

The Clerk is directed to send a copy of this Order to all counsel of record.

Entered: _____    _____
                                                                                    Colleen McMahon
                                                                                    United States District Judge