IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, *ex rel.* URI BASSAN,<br><br>    Plaintiffs,<br><br>v.<br><br>OMNICARE, INC.,<br><br>    Defendant.<br><hr>UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OMNICARE, INC. and CVS HEALTH CORP.,<br><br>    Defendants. | Case No. 15-CV-4179-CM-VF |

**DEFENDANTS' MOTION TO COMPEL PRODUCTION OF "DELIBERATIVE PROCESS" MATERIALS AND PROVIDE THOSE MATERIALS TO THE JURY**

Enu Mainigi (*pro hac vice*)
Holly Conley (*pro hac vice*)
William Ashworth (*pro hac vice*)
Beth A. Stewart (*pro hac vice*)
David Randall J. Riskin (*pro hac vice*)
Benjamin Hazelwood (Bar No. 5001508)
Suzanne Salgado (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

For matters in New York:
650 Fifth Avenue
Suite 1500
New York, NY 10019

*Attorneys for Omnicare, Inc. and CVS Health Corporation*

Defendants move for an order compelling the government to produce documents withheld on "deliberative process" grounds and permitting Defendants to read those documents to the jury before the close of Defendants' case.

Dated:  April 23, 2025

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

/s/ Enu Mainigi
Enu Mainigi (*pro hac vice*)
Holly Conley (*pro hac vice*)
William Ashworth (*pro hac vice*)
Beth A. Stewart (*pro hac vice*)
David Randall J. Riskin (*pro hac vice*)
Benjamin Hazelwood (Bar No. 5001508)
Suzanne Salgado (*pro hac vice*)
680 Maine Avenue, S.W.
Washington, DC 20024
(202) 434-5000

For matters in New York:
650 Fifth Avenue
Suite 1500
New York, NY 10019

*Attorneys for Omnicare, Inc. and CVS Health Corporation*