

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

May 8, 2025

**By ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

           Re:    *United States v. Omnicare, Inc.*, 15-cv-4179 (CM) (VF)

Dear Judge McMahon:

      I write respectfully to inform the Court that I will be leaving the United States Attorney's Office by the end of this week. Accordingly, I request entry of an order terminating my appearance in this matter. My colleagues, AUSAs Jeffrey Kenneth Powell, Jean-David Barnea, Monica Pilar Folch, Jennifer Ann Jude, Samuel Hilliard Dolinger, and Jeremy Liss, have already appeared on behalf of Plaintiff and will continue to handle the case.

      I thank the Court for its consideration of this submission.

               Respectfully,

               */s/ Lucas Issacharoff*
               LUCAS ISSACHAROFF
               Assistant United States Attorney
               86 Chambers Street, Third Floor
               New York, New York 10007
               Tel.    (212) 637-2737

cc:      Counsel of record (via ECF)