## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
UNITED STATES OF AMERICA, et al., ex rel.
URIBASSAN,

                        Plaintiffs,

      -against-                                          15 **CIVIL** 4179 (CM)

                                                                **<u>JUDGMENT</u>**

OMNICARE, Inc.,

                        Defendant.
------------------------------------------------------------------X
UNI TED STATES OF AMERICA,

                        Plaintiff,

      -against-

OMNICARE, INC. and CVS HEALTH CORP.,

                        Defendants.
------------------------------------------------------------------X

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated August 18, 2025, Defendant Omnicare's Motion for Judgment as a Matter of Law is DENIED; Defendant Omnicare's Motion for a New Trial is DENIED; and Defendant CVSHC's Motion for Judgment as a Matter of Law, or in the Alternative, for a New Trial is DENIED. This constitutes a written opinion. Judgment is entered in favor of the Government as against Omnicare, Inc. in the amount of $948,778,444.10, which consists of damages in the amount of $406,778,444.10 in damages ($135,592,814.70 trebled), plus $542,000,000 in statutory penalties, $164,800,000 of which is joint and several with CVS Health

Corporation, see Dkt. No. 779. Judgment is entered in favor of the Government as against CVS Health Corporation in the amount of $0 in damages and $164,800,000 in statutory penalties, as to which its liability is joint and several with Omnicare's. See Dkt. No. 779; accordingly, the case is closed.

**Dated:**  New York, New York
August 18, 2025

**BY:** 

**TAMMI M. HELLWIG**
**Clerk of Court**
*K. Mango*
**Deputy Clerk**