

**O'NEILCANNON**

HOLLMAN DEJONG & LAING S.C.

Doug P. Dehler · Attorney · doug.dehler@wilaw.com

August 25, 2025

Ok

Via E-File Only

Hon. Colleen McMahon
District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Colleen McMahon*
8/27/2025

MEMO ENDORSED

Re:   *United States ex rel. Uri Bassan v. Omnicare, Inc.*, No. 15 Civ. 4179 (CM)

Dear Judge McMahon:

We write on behalf of the Plaintiff-Relator, Uri Bassan, regarding the deadline for the Relator to file his motion for attorneys' fees and related nontaxable expenses pursuant to Fed. R. Civ. P. 54(d). Under Rule 54(d), the 14-day deadline for filing this motion is Tuesday, September 2, 2025.

We are currently in discussions with defense counsel about the possibility of reaching a compromise on Relator's award of attorneys' fees and related nontaxable expenses. This case involves a significant amount of attorney time, dating back to 2015. Given the significant period of time involved and the ongoing discussions with defense counsel, which may obviate the need for motion practice on these issues, the Relator respectfully requests an order granting a two-week extension of the time for the Relator to file his motion for attorneys' fees and related nontaxable expenses. If this extension is granted, the new deadline for Relator's motion would be September 16, 2025.

Counsel for the Defendants and the Government are unopposed to Mr. Bassan's request for an extension of the Relator's deadline until September 16, 2025.

Thank you for your attention to this matter.

Sincerely,

*s/ Douglas Dehler*
Douglas Dehler

DPD/elg
Cc: All Counsel of Record (via ECF)

111 E. Wisconsin Avenue  |  Suite 1400  |  Milwaukee, WI 53202-4870  |  PHONE 414.276.5000  |  FAX 414.276.6581  |  wilaw.com