# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of November, two thousand twenty-five.

_____

United States of America ex rel. Uri Bassan, et al.

    Plaintiffs - Appellees,

United States of America,

    Intervenor-Plaintiff-Appellee,

v.

CVS Health Corporation, Omnicare, Inc.,

    Defendants - Appellants.

_____

**ORDER**

Docket Nos. 25-2257(L),
25-2259(Con)

> USDC SDNY
>
> DOCUMENT
>
> ELECTRONICALLY FILED    11/21/2025

    Appellant CVS Health Corporation and Appellee the United States jointly request that the Court reactivate Omnicare, Inc.'s appeal, Docket No. 25-2259, and extend the time to file Appellant CVS Health Corporation's opening brief such that both Appellants' briefs are due January 19, 2026.

    IT IS HEREBY ORDERED that the motion is GRANTED. The stay of Omnicare's appeal in 25-2259 is lifted. Since January 19, 2026 is a federal holiday, the Court sets January 20, 2026 as the due date for both Appellants' briefs.

    For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 11/21/2025