UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————————————x

UNITED STATES OF AMERICA, *et al.*,
*ex rel.* URI BASSAN,

           Plaintiffs,

   -against-

OMNICARE, INC.,

        Defendant.

————————————————————————x

UNITED STATES OF AMERICA,

        Plaintiff,

   -against-

OMNICARE, INC., and CVS HEALTH CORP.,

        Defendants.

————————————————————————x

15 civ. 4179(CM)(VF)

**ORDER GRANTING DEFENDANT CVS HEALTH CORP.'S MOTION
FOR APPROVAL OF SUPERSEDEAS BOND AND STAYING JUDGMENT
PENDING APPEAL**

McMahon, J.:

On September 17, 2025, Defendant CVS Health Corp. posted a supersedeas bond in the amount of $182,928,000.00, representing 111% of the $164,800,000.00 judgment that was obtained against CVS in this qui tam proceeding. (Dkt. No. 849.) CVS Health simultaneously moved for an order approving the bond and staying execution on the judgment against CVS Health pending appeal. (Dkt. No. 847.)

Rather than attempt to post the much larger bond that would have been required to secure the much larger judgment entered against it, Defendant Omnicare, Inc., filed a petition under Chapter 11 of the Bankruptcy Code, 11 U.S.C. §§ 101–1532, and posted a Notice of Suggestion of Bankruptcy on the docket of this court. (Dkt. No. 851.)

The court asked that any submissions in opposition to CVS's motion be filed no later than September 26, 2025 (Dkt. No. 850.) No opposition was filed. However, this court failed to dispose of the motion, which should have occurred, since Ominicare's bankruptcy did not stay proceedings in this court or in the Second Circuit as against CVS, which did not declare bankruptcy. And indeed, it appears that the appeal is in the process of being briefed – by both CVS Health and Omnicare, as to which the automatic stay has been lifted solely for the purpose of proceeding with the appeal from the jury's verdict and the final judgment entered thereon. (Dkt. No. 852.) It does not appear that the Government, recognizing the impact of the posting of bond, has taken any steps to execute on the judgment against CVS Health. But I really should dispose of the motion. Therefore:

The unopposed motion for approval of the supersedeas bond by CVS Health Corp. is GRANTED, and execution on the judgment against CVS Health Corp. is STAYED until 14 days following the issuance of the mandate from the United States Court of Appeals for the Second Circuit disposing of CVS Health Corp.'s appeal.

Dated: December 10, 2025

_____
U.S.D.J.

BY ECF TO ALL COUNSEL