# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of March, two thousand twenty-six.

Before:        William J. Nardini,
                       *Circuit Judge.*

_____

United States of America ex rel. Uri Bassan, et al.,

             Plaintiffs - Appellees,


United States of America,

             Intervenor-Plaintiff-Appellee,

State of Maryland,

             Plaintiff,

  v.

CVS Health Corporation, Omnicare, Inc.,

             Defendants - Appellants.

_____

**ORDER**

Docket Nos. 25-2257(L), 25-2259(Con)

| USDC SDNY |
|---|
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 3/16/2026 |

The parties move to hold this appeal in abeyance while they evaluate a potential settlement.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties are directed to file stay status update letters in 30-day intervals beginning 30 days from the date of this order.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/16/2026